# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 11-473-2 |
| CHEZAREE B. HALL : | |

## ORDER

**AND NOW**, this 4th day of August, 2015, upon consideration of Chezaree B. Hall's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence (Doc. No. 172), and the government's response thereto, **IT IS HEREBY ORDERED** that:

1. The motion is **DENIED.**

2. The motion having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

3. The clerk shall mark this case **CLOSED** for statistical purposes.

/s/  William H. Yohn Jr.
William H. Yohn Jr., Judge